# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00500-CR

**Ex parte Jerry Wilson a/k/a Steve Parker**

**FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
NO. 39,082, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Jerry Wilson a/k/a Steve Parker has filed what he styled a "Petition for Discretionary Review" asking this Court to review a trial court's recommendation regarding a writ of habeas corpus that he filed under article 11.07 of the code of criminal procedure. *See* Tex. Code Crim. Proc. Ann. art. 11.07 (West Supp. 2010). This Court has no jurisdiction over article 11.07 writ applications, which must be filed in the district court and then forwarded to the court of criminal appeals for a ruling. *Id.* art. 11.07, § 3; *see also Watson v. State*, 96 S.W.3d 497, 500 (Tex. App.—Amarillo 2002, pet. ref'd) (explaining that appellate court did not have jurisdiction over claims because relief sought amounted to habeas relief).

Accordingly, we dismiss Wilson's petition for want of jurisdiction.

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Dismissed for Want of Jurisdiction

Filed:   October 29, 2010

Do Not Publish